DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| EARL ROBERT VELGER, | | |
| | Plaintiff, | CIVIL NO. 2010/42 |
| v. | | |
| DARWIN K. CARR, individually and as trustee of LIVE BY FAITH IRREVOCABLE TRUST, | | |
| | Defendants. | |

| | | |
|---|---|---|
| LIVE BY FAITH IRREVOCABLE TRUST, | | |
| | Plaintiff, | CIVIL NO. 2010/51 |
| v. | | |
| EARL ROBERT VELGER and JOHN DOE. a/k/a MITCH MURDJEFF as local agent for EARL ROBERT VELGER , | Defendants. | |

## ORDER

Before the Court is the demand of Live by Faith Irrevocable Trust, Darwin K. Carr as Trustee and Darwin K. Carr individually for security for costs pursuant to Title 5 Virgin Islands Code, section 547. Inasmuch as this section of the Virgin Islands Code does not apply to diversity proceedings in this Court[1], the demand is ineffective. No posting of costs will be required and no stay shall be entered.

           s/
**RUTH MILLER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] E.g., *Mossman v. Moran*, 2004 U.S. Dist. LEXIS 14267 (D.V.I. June 1, 2004)