IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| EARL ROBERT VELGER,<br><br>           Plaintiff,<br><br>v.<br><br>DARWIN CARR individually and as<br>Trustee of LIVE BY FAITH<br>IRREVOCABLE TRUST,<br><br>           Defendants. | CASE NO. 2010-42 |

## **MEMORANDUM AND ORDER**

Before the Court is the Motion for Sanctions Against Darwin Carr (ECF 119). What began as a seemingly straightforward breach of contract suit and counterclaim based upon a land contract for the sale of a condominium, has apparently degenerated during discovery into a series of events that include reciprocal name-calling, accusations of threats of violence, and a deep pile of pages upon which counsel for the parties accuse one another repeatedly of lying.[1]  This conduct is unseemly, unnecessary and unacceptable.

This Court will not join in an attempt to reconcile what may or may not have happened at Mr. Murdjeff's deposition in June or at Yacht Haven Grande in March.  The parties are directed that if they believe there is a cause for concern about any criminal behavior, they should take such concerns to the proper law enforcement authorities and not to this Court.  Likewise, if there is a concern regarding a breach of any ethical standards, and a complaint to the disciplinary arm of the Supreme Court of the Virgin

---

[1] And, mixed into the vitriol in the motion for sanctions and responsive papers, are arguments by both sides on the merits of the case, which should be made in the context of a different type of motion.

*Earl Robert Velger v. Darwin Carr, et al.*
Civil No. 2010-42
Page 2 of 2

Islands is warranted, they should bring such complaint to the appropriate body themselves, and not look to this Court to do so. Finally, counsel are directed to cease acting like children, get the necessary remaining discovery completed, and move toward a trial of this case.

      Accordingly, the premises considered, it is hereby

      ORDERED that the motion for sanctions is DENIED.

      S\_____
      **RUTH MILLER**
      United States Magistrate Judge