```
          DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. THOMAS AND ST. JOHN

EARL ROBERT VELGER,            )
                               )
          Plaintiff,           )
                               )
          v.                   )   Civil No. 2010-42
                               )
DARWIN CARR, individually and as )
Trustee of LIVE BY FAITH       )
IRREVOCABLE TRUST,             )
                               )
          Defendants.          )
                               )
```

ATTORNEYS:

**Neil D. Goldman**
Young, Goldman & Van Beek, P.C.
Alexandria, VA
    *For the plaintiff Earl Velger*,

**Darwin K Carr**
Carr & Associates
Christiansted, VI
    *For the defendant,*

## JUDGMENT

GÓMEZ, J.

Before the Court is the motion of Earl Robert Velger to dismiss this action.

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED**; it is further

*Velger v. Carr*
Civ. No. 10-42
Judgment
Page 2

      **ORDERED** that the trial setting in this matter is **VACATED**; it is further

      **ORDERED** that this case shall be **DISMISSED** without prejudice; and it is further

      **ORDERED** that the Clerk of the Court shall **CLOSE** this case.


                                         S\_____
                                            **Curtis V. Gómez**
                                            **District Judge**